Alan Romero (SBN 249000)
Email: ajr@romerolaw.com
Sara Simms (SBN 268011)
Email: sms@romerolaw.com
ROMERO LAW, APC
251 S. Lake Avenue, Suite 930
Pasadena, CA 91101
Tel: (626) 396-9900 / Fax: (626) 396-9990

Attorneys for Plaintiff
SILVIA FLORES

David S. Wilson, III (SBN 174185)
Email: dswilson@fedex.com
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340,
Irvine, California 92614
Telephone: (949) 862-4656
Facismile: (901) 492-5641

Attorneys for Defendant,
FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA FLORES, an individual;<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES 1-99, inclusive;<br><br>Defendants. | Case No.: 5:24-cv-01609-JGB-DTB<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>State Complaint filed: May 23, 2024<br>Case removed: July 31, 2024<br>Trial Date: January 20, 2026 |

1

**NOTICE OF SETTLEMENT**

Case No.: 5:24−cv−01609−JGB

Plaintiff SILVIA FLORES ("Plaintiff") and defendant FEDEX GROUND PACKAGE SYSTEM, INC., ("Defendant") ("Defendant and Plaintiff being referred to jointly as the "Parties") jointly and respectfully submit this Notice of Settlement:

Plaintiff filed her complaint in the Superior Court of the State of California County of San Bernardino on May 23, 2024, Case No. CIVSB2417573 ("Complaint"). Defendants filed a Notice of Removal on July 31, 2024.

On August 25, 2025, the Parties participated in a Mandatory Settlement Conference and reached a settlement. Plaintiff and Defendant are currently negotiating the long form settlement agreement and anticipate a fully executed settlement agreement shortly with requirements of the agreement to be effectuated within thirty (30) days of its Effective Date.

The Parties respectfully request that the Final Pretrial Conference set for January 5, 2026 at 11:00 A.M. and the Jury Trial set for January 20, 2026 at 9:00 A.M. be taken off calendar.

Dated: August 29, 2025.                    **ROMERO LAW, APC**

By: /s/ Sara Simms_____
**Alan Romero**
**Sara Simms**
**Attorneys for Plaintiff**
**SILVIA FLORES**

| | | |
|---|---|---|
| 1 | Dated: August 29, 2025 | FEDERAL EXPRESS CORPORATION |

By: /s/ David S. Wilson, III

**DAVID S. WILSON, III**
**Attorneys for Defendant**
**FEDEX GROUND PACKAGE SYSTEM, INC.**

# CERTIFICATE OF SERVICE

I am employed in the State of California. I am over the age of 18 and not a party to the within action; my business address is 251 S. Lake Avenue, Suite 930, Pasadena, CA 91101-4873.

On August 29, 2025, I served the foregoing document described as: **JOINT NOTICE OF SETTLEMENT**, on said parties in this action as follows:

David S. Wilson, III (SBN 174185)
Federal Express Corporation
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: (949) 862-4656
Facsimile: (901) 492-5641
Email: dswilson@fedex.com
michele.wilson@fedex.com
karen.sasso@fedex.com
*Attorneys for,*
Defendant FEDERAL EXPRESS CORPORATION

[ ]   **BY EMAIL:** Pursuant to Rule 12(b) of the California Rules of Court, Appendix I, Emergency Rules Related to COVID-19, I served true and correct copies of the above-listed documents via electronic mail to each email address listed above, and served the documents form my electronic service address, which is:

[X]   **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system will send notification of this filing to the person(s) listed below.

Executed on August 29, 2025 at Pasadena, California.

                                                /s/ Vanessa Melendrez
                                                Vanessa Melendrez