Alan Romero (SBN 249000)
ajr@romerolaw.com
Sara Simms (SBN 268011)
sms@romerolaw.com
ROMERO LAW, APC
251 S. Lake Avenue, Suite 930
Pasadena, CA 91101
Tel: (626) 396-9900 / Fax: (626) 396-9990

Attorneys for Plaintiff
SILVIA FLORES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA FLORES, an individual;<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES 1-99, inclusive;<br><br>Defendants. | Case No.: 5:24-cv-01609-JGB-DTB<br><br>**STIPULATION TO DISMISSAL OF DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>State Complaint filed: May 23, 2024<br>Case removed: July 31, 2024<br>Trial Date: January 20, 2026 |

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), plaintiff SILVIA FLORES ("Plaintiff") and defendant FEDEX GROUND PACKAGE SYSTEM, INC., (collectively, the "Parties"), by and through their counsel of record, hereby stipulate that the above captioned action be and hereby is dismissed with prejudice with each party bearing its own costs and fees incurred in connection with this litigation.

| | | |
|---|---|---|
| 1 | Dated: October 16, 2025 | ROMERO LAW, APC |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Alan Romero (SBN 249000) |
| | | Sara Simms (SBN 268011) |
| 6 | | Attorneys for Plaintiff |
| 7 | | SILVIA FLORES |
| 8 | Dated: October 16, 2025 | FEDERAL EXPRESS CORPORATION |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | By: _____ |
| 13 | | David S. Wilson, III (SBN 174185) |
| | | Attorney for Defendant |
| 14 | | FEDEX GROUND PACKAGE |
| 15 | | SYSTEM, INC. |

# CERTIFICATE OF SERVICE

I am employed in the State of California. I am over the age of 18 and not a party to the within action; my business address is 251 S. Lake Avenue, Suite 930, Pasadena, CA 91101-4873.

On October 16, 2025, I served the foregoing document described as: **STIPULATION TO DISMISSAL OF DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC. WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**, on said parties in this action as follows:

David S. Wilson, III (SBN 174185)
Federal Express Corporation
2601 Main Street, Suite 340
Irvine, CA 92614
Telephone: (949) 862-4656
Facsimile: (901) 492-5641
Email: dswilson@fedex.com
michele.wilson@fedex.com
karen.sasso@fedex.com
*Attorneys for,*
Defendant FEDERAL EXPRESS CORPORATION

[ ]  **BY EMAIL:** Pursuant to Rule 12(b) of the California Rules of Court, Appendix I, Emergency Rules Related to COVID-19, I served true and correct copies of the above-listed documents via electronic mail to each email address listed above, and served the documents form my electronic service address, which is:

[X]  **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system will send notification of this filing to the person(s) listed below.

Executed on October 16, 2025 at Pasadena, California.

*Vanessa Melendrez*
_____
Vanessa Melendrez

---

**3**

**STIPULATION TO DISMISSAL OF DEFENDANT CORUS INTERNATIONAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**